UNITED STATES of America, Plaintiff–Appellee,

v.

Salvador ONTANON–MALDONADO, a.k.a. Chava a.k.a. Oaxaco, Defendant–Appellant.

No. 07–10404

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Jan. 8, 2009.

Byung J. Pak, Amy Levin Weil, U.S. Attorney's Office, Atlanta, GA, for Appellee.

Before TJOFLAT, DUBINA and BIRCH, Circuit Judges.

PER CURIAM:

Patrick D. Deering, appointed counsel for Salvador Ontanon–Maldonado in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals

---

that counsel's assessment of the relative merit of the appeal is correct. Therefore, as independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ontanon–Maldonado's conviction and sentence are **AFFIRMED.**